

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00327-CR

Jim Garcia **LONGORIA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR7801
Honorable Mark R. Luitjen, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ALVAREZ, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED February 13, 2019.

Sandee Bryan Marion, Chief Justice